IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., ) | Cause No. CV-17-91-BMM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TERRA VANN, individually and as ) | **ORDER DIRECTING** |
| Personal Representative of the ESTATE OF ) | **CLERK TO DEPOSIT** |
| ROBERT W. VANN, IV, CASSIE FAIAI, ) | **ADDITIONAL** |
| BOBBY VANN, CHASE VANN, ) | **INTERPLEADER FUNDS** |
| TIFFANY ST. LAWRENCE, CODY ) | |
| VANN, CAMIE VANN, GAYL ) | |
| GREGORY, TROY BARNETT, RYEN ) | |
| BARNETT, EVA GRAY, LINDA ) | |
| HEIDINGER, STATE OF MONTANA, ) | |
| PROFESSIONAL TRANSPORTATION, ) | |
| INC., OUTSOURCE ADMINISTRATORS ) | |
| INC., NAVIGATORS SPECIALTY ) | |
| INSURANCE COMPANY, BNSF ) | |
| RAILWAY COMPANY A DELAWARE ) | |
| CORPORATION, & JANET GREGORY ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Upon Plaintiff and Defendant Professional Transportation, Inc.'s Joint Unopposed Motion for Deposit of Additional Funds (Doc. 98), and finding good cause, IT IS HEREBY ORDERED that:

1. Plaintiff and Defendant Professional Transportation, Inc. pay $650,000 to the Clerk of Court of the United States District Court for the District of Montana, Great Falls Division;

2. The money be deposited with the Court Registry Investment System (CRIS);

3. The money be deposited in an interest bearing account;

4. That the Administrative Office of the United States Courts be able to deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, whenever such income becomes available for deduction and without further order of the Court;

5. That the tax identification number of the depositor be set forth under seal in a separate document.

DATED this 14th day of January, 2019.

_____
Brian Morris
United States District Court Judge