IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., <br><br> Plaintiff, <br> vs. <br><br> TERRA VANN, individually and as Personal Representative of the ESTATE OF ROBERT W. VANN, IV, CASSIE FAIAI, BOBBY VANN, CHASE VANN, TIFFANY ST. LAWRENCE, CODY VANN, CAMIE VANN, GAYL GREGORY, TROY BARNETT, RYEN BARNETT, EVA GRAY, LINDA HEIDINGER, STATE OF MONTANA, PROFESSIONAL TRANSPORTATION, INC., OUTSOURCE ADMINISTRATORS INC., NAVIGATORS SPECIALTY INSURANCE COMPANY, BNSF RAILWAY COMPANY, A DELAWARE CORPORATION, & JANET GREGORY <br><br> Defendants. | Case No. 4:17-CV-00091-BMM <br><br> ORDER TO DISMISS DEFENDANT RYEN BARNETT'S COUNTER CLAIMS |

/ / /
/ / /

UPON MOTION OF RYEN BARNETT and good cause appearing, THEREFORE,

The counter claims filed by Ryen Barnett are hereby dismissed.

DATED this 4th day of April, 2019

_____

Brian Morris
United States District Court Judge