IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., <br><br> Plaintiff, <br> vs. <br><br> TERRA VANN, individually and as Personal Representative of the ESTATE OF ROBERT W. VANN, IV, et al., <br><br> Defendants. | Case No. 4:17-CV-00091-BMM <br><br> ORDER WITHDRAWING ORDER, (DOC. 129) |

On April 23, 2019, the Court inadvertently granted Plaintiff's Motion to Amend/Correct Answer Cross Claims, Doc. 128. Plaintiff failed to state in its motion whether the Defendants objected. Accordingly, IT IS HEREBY ORDERED that the Court's Order, Doc. 129 is withdrawn. Plaintiff's motion will be ruled on after the briefing schedule has run.

DATED this 23rd day of April, 2019.

Brian Morris
United States District Court Judge