# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., ) | Cause No. 4:17-cv-00091-BMM |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR EXTENSION** |
| vs. ) | |
| ) | |
| TERRA VANN, individually and as ) | |
| Personal Representative of the ) | |
| ESTATE OF ROBERT W. VANN, IV, ) | |
| CASSIE FAIAI, BOBBY VANN, ) | |
| CHASE VANN, TIFFANY ST. ) | |
| LAWRENCE, CODY VANN, ) | |
| CAMIE VANN, GAYL GREGORY, ) | |
| TROY BARNETT, RYEN BARNETT, ) | |
| EVA GRAY, LINDA HEIDINGER, ) | |
| STATE OF MONTANA, ) | |
| PROFESSIONAL ) | |
| TRANSPORTATION, INC., ) | |
| OUTSOURCE ADMINISTRATORS ) | |
| INC., NAVIGATORS SPECIALTY ) | |
| INSURANCE COMPANY, BNSF ) | |
| RAILWAY COMPANY AND ) | |
| JANET GREGORY, ) | |
| Defendants. | |

Having considered Vann and Gregory's motion for extension and with no

objection from Professional Transportation Inc.,

IT IS HEREBY ORDERED that Vann and Gregory are granted an extension of

time up to and including August 2, 2019 to file response briefs in opposition to

Professional Transportation Inc.'s recently filed motions including:

1. Motion in Limine;

2. Motion to Exclude the Testimony of Dr. Randall Benson; and

3. Motion to Limit the Testimony of Dr. Pauline Kunecka.

   DATED this 22nd day of July, 2019.

_____
Brian Morris
United States District Court Judge