IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE CO., | ) | Cause No. CV-17-91-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| TERRA VANN, individually and as | ) | **ATTEND STATUS** |
| Personal Representative of the ESTATE OF | ) | **CONFERENCE AND** |
| ROBERT W. VANN, IV, CASSIE FAIAI, | ) | **HEARING ON PENDING** |
| BOBBY VANN, CHASE VANN, | ) | **MOTIONS BY TELEPHONE** |
| TIFFANY ST. LAWRENCE, CODY | ) | |
| VANN, CAMIE VANN, GAYL | ) | |
| GREGORY, TROY BARNETT, RYEN | ) | |
| BARNETT, EVA GRAY, LINDA | ) | |
| HEIDINGER, STATE OF MONTANA, | ) | |
| PROFESSIONAL TRANSPORTATION, | ) | |
| INC., OUTSOURCE ADMINISTRATORS | ) | |
| INC., NAVIGATORS SPECIALTY | ) | |
| INSURANCE COMPANY, BNSF | ) | |
| RAILWAY COMPANY A DELAWARE | ) | |
| CORPORATION, & JANET GREGORY | ) | |
| | ) | |
| Defendants. | ) | |

Counsel for Plaintiff ACE American Insurance Co. having requested this Court allow her to participate by telephone in the status conference and hearing on pending motions in this matter scheduled for August 8, 2019, at 1:30 p.m. by telephone, it appearing there is no objection, and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel for Elizabeth W. Lund, may participate by telephone in the status conference and hearing on pending motions set in this matter for August 8, 2019, at 1:30 p.m. Counsel for Elizabeth W. Lund will call the Clerk of Court's office for details to appear at the August 8, 2019 motion hearing by telephone.

DATED this 23rd day of July, 2019.

_____
Brian Morris
United States District Court Judge