IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| ACE AMERICAN INSURANCE CO., | CV-17-91-GF-BMM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| TERRA VANN, individually and as Personal Representative of the ESTATE OF ROBERT W. VANN, IV, et al., | |
| Defendants. | |

Upon Defendants Vann & Gregorys' Motion for Admission Pro Hac Vice of Thomas W. Fuller (Doc. 202), **IT IS HEREBY ORDERED** that Defendants Vann & Gregorys' Motion for Admission Pro Hac Vice of Thomas W. Fuller (Doc. 202) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 7.1(c).

DATED this 31st day of July, 2019.

_____
Brian Morris
United States District Court Judge