# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> TERRA VANN, individually and as Personal Representative of the ESTATE OF ROBERT W. VANN, IV, CASSIE FAIAI, BOBBY VANN, CHASE VANN, TIFFANY ST. LAWRENCE, CODY VANN, CAMIE VANN, GAYL GREGORY, TROY BARNETT, RYEN BARNETT, EVA GRAY, LINDA HEIDINGER, STATE OF MONTANA, PROFESSIONAL TRANSPORTATION, INC., OUTSOURCE ADMINISTRATORS INC., NAVIGATORS SPECIALTY INSURANCE COMPANY, BNSF RAILWAY COMPANY, A DELAWARE CORPORATION, & JANET GREGORY, <br><br> Defendants, | **CV-17-91-GF-BMM** <br><br><br> **ORDER** |

The Court conducted a hearing in this matter on August 8, 2019. (Doc. 223.)

The Court issued the following Orders on the following pending Motions:

1

1. The Court shall **TAKE UNDER ADVISEMENT** Claimants Gayl Gregory and Terra Vanns' First Motion for Leave to File Amended Crossclaims (Doc. 118);

2. Court shall **TAKE UNDER ADVISEMENT** Claimant Gayl Gregory and Terra Vanns' Motion for Disbursement of Funds (Doc. 121);

3. The Court shall **TAKE UNDER ADVISEMENT** Claimant Troy Barnett's First Motion to Amend/Correct Answer and Crossclaims (Doc. 128);

4. Defendant Outsource Administrators Motion for Protective Order (Doc. 158) has been **REFERRED** to Magistrate Judge John Johnston;

5. The Court shall **TAKE UNDER ADVISEMENT** Claimant Gayl Gregory and Terra Vann's Motion to Compel and for Sanctions (Doc. 161);

6. The Court shall **TAKE UNDER ADVISEMENT** Defendant BNSF's Motion for Summary Judgment (Doc. 163);

7. Defendant PTI's Motions in Limine (Doc. 168) is **DENIED**;

8. Defendant PTI's Motion to Limit Testimony of Dr. Paulina Kunecka (Doc. 170) is **DENIED**;

9. Defendant PTI's Motion to Exclude Testimony of Dr. Randall Benson (Doc. 172) is **DENIED**;

10. Defendant PTI's Motion to Bifurcate Crossclaims (Doc. 176) is **HELD IN ABAYANCE**;

11. Claimant Troy Barnett's Motion in Limine (Doc. 191) is **GRANTED** regarding Claimant Barnett's case-in-chief. Evidence of collateral sources may be admissible if Barnett opens the door at trial to such evidence;

12. Defendant Linda Heidinger's Motion in Limine (Doc. 196) **GRANTED** regarding Defendant Heidinger's case-in-chief. Evidence of the criminal proceeding may be admissible if Heidinger opens the door to it at trial.

Dated, this 9th day of August, 2019.

Brian Morris
United States District Court Judge